IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| JERRY O'NEIL, | CAUSE NO. CV 08-91-M-DWM-JCL |
| Plaintiff, | |
| vs. | |
| STATE BAR OF MONTANA, BETSY BRANDBORG, Bar Counsel for the State Bar of Montana, THE MONTANA SUPREME COURT COMMISSION ON THE UNAUTHORIZED PRACTICE OF LAW, ELEVENTH JUDICIAL DISTRICT COURT, THE MONTANA SUPREME COURT, MIKE McGRATH, Attorney General of the State of Montana, MONTANA DEPARTMENT OF PUBLIC HEALTH & HUMAN SERVICES, OFFICE OF FAIR HEARINGS, as members of the INTEGRATED BAR OF MONTANA, DEBORAH PLATT MAJORAS, Chair of the Federal Trade Commission, and THOMAS O. BARNETT, Acting Assistant Attorney General for Antitrust, | FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | |

_____

Pending before the Court is Defendants Deborah Majoras and Thomas Barnett ("Federal Defendants") Motion to Dismiss filed under Fed. R. Civ. P. 12(b)(1). Ms. Majoras, Chair of the Federal Trade Commission, and Mr. Barnett, the Acting Assistant Attorney General for the Antitrust Division of the Department of Justice, request that the Court dismiss Plaintiff Jerry O'Neil's claims against them, and O'Neil's claims against the Federal

FINDINGS AND RECOMMENDATION OF
UNITED STATE MAGISTRATE JUDGE - PAGE 1

Trade Commission and the Department of Justice, based on the lack of jurisdiction over the claims.

On December 8, 2008, O'Neil filed his response to the Federal Defendants' Motion to Dismiss. O'Neil states that he concurs with the Federal Defendants' motion, and agrees that the Federal Defendants, and his claims against the Federal Trade Commission and the Department of Justice, should be dismissed.

Therefore, the Court hereby enters the following:

## RECOMMENDATION

The Federal Defendants' Motion to Dismiss Federal Defendants for Lack of Subject Matter Jurisdiction should be **GRANTED.**

In view of O'Neil's concession to the propriety of dismissing the Federal Defendants, and in the interest of justice and expediting resolution of the pending Motion to Dismiss, **IT IS HEREBY ORDERED** that the parties shall file any objection they may have to this recommendation, as permitted under Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1)(C), on or before **December 15, 2008.**

DATED this 8th day of December, 2008.

                                                     /s/ Jeremiah C. Lynch
                                                   Jeremiah C. Lynch
                                                   United States Magistrate Judge