Notice is hereby given that the undersigned, Plaintiff(s) in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the *Order* adopting the Findings and Recommendations of the Magistrate Judge and the Clerk's *Judgment in a Civil Case* entered in this action on September 17, 2009.

DATED: Oct. 19, 2009

_____
Jerry O'Neil

_____
Dennis Woldstad

_____
Melina Woldstad

_____
Michael McBroom

*Gordon Sellner* 39715
Gordon Sellner, #39715



RECEIVED OCT 21 2009 CLERK, U.S. DISTRICT COURT DISTRICT OF MONTANA MISSOULA

JERRY O'NEIL, et al., v. STATE BAR OF MONTANA, et al.
NOTICE OF APPEAL